**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BRIAN CRONIN,
for himself and on behalf of those
similarly situated,

Plaintiff,

v. CASE NO.: 8:20-cv-356

ILLINOIS AVENUE PARTNERS LLC,
a foreign limited liability company,
d/b/a OAKHURST SIGNS, and
BALTIC AVENUE PARTNERS LLC,

Defendants.
_________________________________/

## NOTICE OF FILING CONSENT TO JOIN

Plaintiff, Brian Cronin, hereby notifies the Court of filing the Consent to Join Collective Action for Larry Hren.


/s/ *Marc R. Edelman*
**MARC R. EDELMAN, ESQ.**
Florida Bar No.: 0096342
**GEORGE G. TRIANTIS, ESQ.**
Florida Bar No.: 1015574
MORGAN & MORGAN, P.A.
201 N. Franklin Street, Suite 700
Tampa, Florida 33602
Telephone: 813-223-5505
Facsimile: 813-257-0572
E-mail: MEdelman@forthepeople.com
E-mail: GTriantis@forthepeople.com
***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all parties of record.

**/s/ *Marc R. Edelman***
MARC R. EDELMAN, ESQ.

DocuSign Envelope ID: 3A9FBD00-6854-4814-8483-4E9AF0327610

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BRIAN CRONIN for himself
and on behalf of those similarly situated,

Plaintiff,

v. CASE NO.:

OAKHURST MARKETING, INC.,
a Florida profit corporation,
d/b/a OAKHURST SIGNS,

Defendant.
_________________________________/

## CONSENT TO JOIN COLLECTIVE ACTION

By my signature below, I hereby authorize the filing and prosecution of the above-styled Fair Labor Standards Act action in my name and on my behalf by the above-representative Plaintiff and designate the class representatives as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, the entering of an agreement with Plaintiff's counsel concerning attorneys' fees and costs, and other matters pertaining to this lawsuit.

By signing below, I state that I am currently or was formerly employed as an Installer for Defendant at some period from August, 2017 through November, 2019.

Signature: DocuSigned by: Larry Hren 06C65EF0BFF74BB... Date: 1/14/2020

Printed Name: **Larry Hren**