UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN CRONIN,
for himself and on behalf of those
similarly situated,

    Plaintiff,

v.                                                    CASE NO.: 8:20-cv-356-T-35SPF

ILLINOIS AVENUE PARTNERS LLC,
d/b/a OAKHURST SIGNS, and
BALTIC AVENUE PARTNERS LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff Brian Cronin and Opt-Ins ("Plaintiffs"), by and through undersigned counsel and pursuant to Local Rule 3.08(a), hereby notify the Court Plaintiffs claims have been resolved without compromise.

    Dated this 12th day of June, 2020.

                                                    Respectfully submitted,

                                                    /s/ *Marc R. Edelman*
                                                    **MARC R. EDELMAN, ESQ.**
                                                    Florida Bar No.: 0096342
                                                    **GEORGE G. TRIANTIS, ESQ.**
                                                    Florida Bar No.: 1015574
                                                  MORGAN & MORGAN, P.A.
                                                  201 N. Franklin Street, Suite 700
                                                  Tampa, Florida 33602
                                                  Telephone: 813-223-5505
                                                  Facsimile: 813-257-0572
                                                  E-mail: MEdelman@forthepeople.com
                                                  E-mail: GTriantis@forthepeople.com
                                                  ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

      I hereby certify that on June 12, 2020 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                             /s/ *Marc R. Edelman*
                                             MARC R. EDELMAN, ESQ.