**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BRIAN CRONIN,**
for himself and on behalf of those
similarly situated,

    **Plaintiff,**

v.                                                  Case No: 8:20-cv-00356-MSS-SPF

**ILLINOIS AVENUE PARTNERS LLC,**
d/b/a OAKHURST SIGNS, and **BALTIC**
**AVENUE PARTNERS LLC,**

    **Defendants.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

    This matter comes before the Court on Plaintiffs' Notice of Settlement, (Dkt. 30), filed on June 12, 2020. Plaintiffs state that their claims were resolved without compromise. As the Parties' settlement did not compromise Plaintiffs' FLSA claims, the Court finds that a review of the settlement is not required for dismissal. See <u>Lynn's Food Stores, Inc. v. United States Dep't of Labor</u>, 679 F.2d 1350, 1352 (11th Cir. 1982); <u>Silva v. Miller</u>, 307 F. App'x 349 (11th Cir. 2009).

    Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

    **DONE and ORDERED** at Tampa, Florida this 15th day of June, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party